IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARNEATHA WILEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-833-GPM |
| | ) |
| DARLENE A. VELTRI, | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Plaintiff, an inmate in the Federal Prison Camp in Greenville, Illinois, brings this action to challenge the Bureau of Prisons's ("BOP") new regulations regarding assignment in a Community Corrections Center ("CCC"). Although she used the form provided in this District for a habeas corpus petition, 28 U.S.C. § 2241, she also has filed a motion for preliminary and/or permanent injunction (Doc. 2) in which she argues that these regulations violated the notice and comment period requirement of the Administrative Procedure Act ("APA"), that the BOP's change in policy reflects an illegal interpretation of the new rules, and the application of this rule violated her rights under the Fifth Amendment. Among the various bases for jurisdiction, Plaintiff invokes the Administrative Procedures Act (APA), 5 U.S.C. § 551 *et seq*, which was recently declared to be the proper method by which to raise such a challenge. *See Richmond v. Scibana*, 387 F.3d 602, 605-06 (7th Cir. 2004).

Therefore, the Court finds that the motion for injunctive relief (Doc. 2) should be **CONSTRUED** only as a memorandum in support of the petition, and all parties will consider the

arguments raised in this pleading in conjunction with the claims raised in the actual petition (Doc. 1). Because the Court construes the motion as a memorandum, any request for injunctive relief in this motion is **DENIED as moot**.

Petitioner also has filed a motion for leave to proceed *in forma pauperis* (Doc. 3), and the Court finds that she is, in fact, indigent. Therefore, this motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pretrial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral*.

**IT IS SO ORDERED.**

DATED:  06/21/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge