IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARNEATHA WILEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 3:04-cv-833-GPM |
| ) | |
| DARLENE A. VELTRI, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This matter is before the Court on the Motion for Appointment of Counsel (Doc. 4) filed by the petitioner, Arneatha Wiley, on November 15, 2004. The Motion is **DENIED WITHOUT PREJUDICE**.

Petitioner seeks appointment of counsel. Whether to appoint counsel to an indigent person pursuant to 18 U.S.C. §2241, is within the discretion of the district court. Winsett v. Washington, 130 F.3d 269, 281 (7th Cir. 1007). There is no right to appointment of counsel unless the absence of counsel would result in fundamental fairness impinging on due process rights. Id.; see 18 U.S.C. §3006A(a)(2)(B).("Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241 . . . of title 28"). In considering whether to appoint counsel, this Court may consider the difficulty of the case, the petitioner's competence, the ability of the petitioner to successfully prosecute his case without aid of an attorney, and his ability to hire an attorney. See generally Dellenback v. Hanks, 76 F.3d 820, 823 (&th Cir. 1996) (citing 28 U.S.C. §1915(d)). Petitioner's sole claim in her motion to appoint counsel, is that "because of my poverty, I am unable to pay attorney fees."

The Court is not convinced that the interests of justice require appointment of counsel.

The case is not difficult as it rests upon a issue of law.  Petitioner has filed a memorandum with the Court that is in excess of 30 pages.  Petitioner's memorandum is both legal and factual.   She is capable of articulating her claims in her petition and appears competent.

    For the foregoing reasons, the Motion for Appointment of Counsel, filed by the petitioner, Areneatha Wiley, on November 15, 2004 is **DENIED**.

**DATED: July 22, 2005.**

                      **<u>s/ Donald G. Wilkerson</u>**
                      **DONALD G. WILKERSON**
                      **United States Magistrate Judge**